## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DAWN WRIGHT, et al.,                    :
    Plaintiffs,                       :
                             :          CIVIL ACTION NO.
    v.                                :          1:14-CV-1311-WBH
                             :
TRIMARK HEALTH SERVS, INC.,     :
    Defendant.                        :

### ORDER

Plaintiff and Defendant have filed a joint motion, [Doc. 24], seeking this Court's approval of the parties' settlements of this Fair Labor Standards Act case. Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir.1982), this Court must scrutinize a proposed FLSA settlement to ensure that it is fair and reasonable. Having so scrutinized, this Court concludes that the settlement is fair and reasonable. Accordingly, the motion, [Doc. 24], is **GRANTED**, and the settlement is **APPROVED**.

**IT IS SO ORDERED,** this __5__ day of _June_____, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE